IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-110 |
| | § | |
| EKPEDEME OBOT | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 22). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 23, 2011 |
| Responses are to be filed by: | June 6, 2011 |
| Pretrial conference is reset to**:** | **June 13, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 20, 2011 at 9:00 a.m.** |

SIGNED on April 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge